Orders.

COMMONWEALTH *vs.* ANTONIO PEREZ. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JOHN S. PIERRE. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* GERARD READY. Reported below: 43 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* TRAVIS ROBINSON. Reported below: 43 Mass. App. Ct. 257 (1997).

COMMONWEALTH *vs.* CRISPULO RODRIGUEZ. Reported below: 43 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* JEFFREY A. RYAN. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* GARY A. SEVINOR. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* EUTEMIO TEJADA. Reported below: 43 Mass. App. Ct. 1106 (1997).

COMMONWEALTH *vs.* MICHAEL TEVEPAUGH. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* PETER ZIRPOLO (and a companion case). Reported below as COMMONWEALTH *vs.* RANDALL DUSTIN (and eight companion cases): 43 Mass. App. Ct. 1109 (1997).

M. GENEVIEVE CROSS *vs.* LABOR RELATIONS COMMISSION. Reported below: 43 Mass. App. Ct. 1106 (1997).

U. S. MAT & RUBBER CORPORATION & others *vs.* ROBERT ARAFE. Reported below: 43 Mass. App. Ct. 1107 (1997).

September 30, 1997

*Further appellate review granted:*

JOHN J. KELLY *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 908 (1997).

*Further appellate review denied:*

HAROLD BROWN *vs.* BOARD OF ASSESSORS OF BROOKLINE. Reported below: 43 Mass. App. Ct. 327 (1997).

STANLEY U. ROBINSON, THIRD, *vs.* HARRY SCHEUER. Reported below: 42 Mass. App. Ct. 1119 (1997).

October 23, 1997

*Further appellate review denied:*

CITY OF CAMBRIDGE *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 300 (1997).

COMMONWEALTH *vs.* GEORGE BARBOSA, JR. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* LOUIS CARRILLIO. Reported below: 43 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* HECTOR CASANOVA. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JAMES F. CONNORS, JR. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* LISA CROWLEY (and two companion cases). Reported below as COMMONWEALTH *vs.* JAMES CROWLEY (and eight companion cases): 43 Mass. App. Ct. 919 (1997).

COMMONWEALTH *vs.* JOHN DESMARAIS. Reported below: 43 Mass. App. Ct. 1110 (1997).

COMMONWEALTH *vs.* GERALD HAMILTON. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* JAMES LEE. Reported below: 42 Mass. App. Ct. 1117 (1997).